# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **MARY BLAKEY,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 01-0116-CV-W-6-ECF |
| **ALPHAPOINTE ASSOCIATION FOR THE BLIND,** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Mary Blakey, and Defendant, AlphaPointe Association for the Blind, by and through their attorneys of record hereby stipulate to the dismissal of this case with prejudice with each party to bear their own costs and fees.

**WHEREFORE,** the Parties respectfully request that this Court enter an Order dismissing this case with prejudice, with each party to bear their own costs and fees.

**BRATCHER & GOCKEL, L.C.**

By    s/Kristi L. Kingston
    Kristi L. Kingston, Mo. Bar #46539
    1610 City Center Square
    1100 Main Street
    P.O. Box 26156
    Kansas City, MO 64196-6156
    PH:  (816) 221-1614
    FAX:  (816) 421-5910

**ATTORNEYS FOR PLAINTIFF**

and

SHUGHART, THOMSON & KILROY, P.C.


By    <u>s/Jack Campbell</u>
       Jack Campbell, Mo. Bar #21453
       Twelve Wyandotte Plaza
       120 W. 12th Street
       Kansas City, MO  64105-1929
       PH:   (816) 421-3355
       FAX: (816) 374-0509

**ATTORNEYS FOR DEFENDANT**